to abide event, unless plaintiff stipulates to re-duce judgment as entered (including costs, but exclusive of extra allowance, which is disallow-ed) to the sum of $10,372.70, in which event judgment, as so modified, and order, affirmed, without costs. Settle order on notice.

In re HANFORD'S ESTATE. (Supreme Court, Appellate Division, Third Department. May 18, 1906.) In the matter of the appraisal under the taxable transfer act of the estate of George T. Hanford, deceased. No opinion. Order affirmed, with costs.

HANSEN, Appellant, v. WARREN et al., Respondents. (Supreme Court, Appellate Division, First Department. May 25, 1906.) Action by James Hansen against Ira D. Warren and others. I. H. Harris, for appellant. L. E. Warren, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HARRIS, Respondent, v. BALTIMORE MACHINE & ELEVATOR WORKS, Appellant. (Supreme Court, Appellate Division, Second Department. May 4, 1906.) Action by Norman C. Harris against the Baltimore Machine & Elevator Works. No opinion. Motion denied.

HAVEN v. NICHOLS. (Supreme Court, Appellate Division, First Department. May 18, 1906.) Action by Maude Haven, as executrix, against William E. Nichols. No opinion. Motion denied, with $10 costs. Order filed.

HAWKESBURY LUMBER CO., Respondent, v. PATTERSON, Appellant. (Supreme Court, Appellate Division, First Department. April 20, 1906.) In the matter of the Hawkesbury Lumber Company against Thomas G. Patterson. P. M. Brown, for appellant. J. J. McKelvey, for respondent. No opinion. Judgment affirmed, with costs. Appeal from order dismissed, with costs. Order filed.

HIBBS v. BROWN et al. (Supreme Court, Appellate Division, First Department. May 18, 1906.) Action by William B. Hibbs against Alexander Brown and others. No opinion. Motion granted. Order filed.

HILL, Respondent, v. McCAFFERTY et al., Appellants. (Supreme Court, Appellate Term, June 1, 1906.) Appeal from City Court of New York, Trial Term. Action by Edward Hill against Mary C. McCafferty and another, as administrators of the goods, etc., of Robert McCafferty, deceased. From a judgment in favor of plaintiff, and from an order denying defendant's motion for a new trial, they appeal. Reversed, and new trial granted. Robert L. Redfield, for appellants. Frank Herwig, for respondent.

GILDERSLEEVE, J. The verdict in favor of plaintiff is clearly against the weight of evidence. The testimony of plaintiff unquestionably concerns a personal transaction between himself and the deceased, and comes within the prohibition of section 829 of the Code. This is the only evidence in any way tending to show the rendering of the extra services claimed. The plaintiff admits he has been fully paid for his services as coachman, and there is no competent evidence that he rendered any extra services as attendant in taking care of the deceased during the latter's illness. The judgment and order must be reversed, and a new trial granted, with costs to appellant to abide the event. All concur.

In re HIRSCH'S ESTATE. (Supreme Court, Appellate Division, First Department. April 20, 1906.) In the matter of Ferdinand Hirsch, deceased. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HUDSON & M. R. CO. v. WENDEL et al. (Supreme Court, Appellate Division, First Department. May 18, 1906.) Action by the Hudson & Manhattan Railroad Company against Josephine J. S. Wendel and others. No opinion. Motion granted. Order filed.

INDUSTRIAL & GENERAL TRUST CO., Limited, v. TOD et al. (Supreme Court, Appellate Division, First Department. April 20, 1906.) Action by the Industrial & General Trust Company, Limited, against J. Kennedy Tod and others. No opinion. Order affirmed, with costs. Settle order on notice.

INDUSTRIAL & GENERAL TRUST CO., Limited, v. TOD et al. (Supreme Court, Appellate Division, First Department. April 20, 1906.) Action by the Industrial & General Trust Company, Limited, against J. Kennedy Tod and others. L. Marshall, for plaintiff. S. H. Olin, for defendants. No opinion. Exceptions overruled, and motion for new trial denied, and judgment ordered for plaintiff on the verdict, with costs. Settle order on notice.

INDUSTRIAL & GENERAL TRUST CO., Limited, v. TOD. (Supreme Court, Appellate Division, First Department. May 18, 1906.) Action by the Industrial & General Trust Company, Limited, against J. Kennedy Tod. No opinion. Motion denied, with $10 costs. Order filed.

JENNINGS, Respondent, v. NEW YORK CONTRACTING & TRUCKING CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 4, 1906.) Action by Charles Jennings against the New York Contracting & Trucking Company. No opinion. Order affirmed, without costs.

KAPLAN et al., Respondents, v. YANACOPOULO, Appellant. (Supreme Court, Appellate Division, Second Department. May 4, 1906.) Action by Henry Kaplan and others against George Yanacopoulo. No opinion. Judgment of the Municipal Court affirmed, with costs.